O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

VERNON CASTLE BROWN, JR.,   ) Case No. CV 18-03907-CAS (AS)
                        )
            Petitioner,  ) **ORDER OF DISMISSAL**
                        )
                        )
     v.               )
                        )
DAVID BAGUMAN, Warden,     )
                        )
           Respondent.  )
_____)

## I.   BACKGROUND

On May 10, 2018, Vernon Castle Brown, Jr. ("Petitioner"), a California state prisoner proceeding pro se, filed a "Petition for Writ of Habeas Corpus"("Petition").  (Docket Entry No. 1).

The Petition does not contain any information or assert any claims.  (See Petition at 2-6).

1

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States.  28 U.S.C.  § 2254(c).

In addition, Petitioner has failed to allege any claim(s), much less any the claims which go to the fact or duration of his confinement.  See Preiser v. Rodriquez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

**II.   ORDER**

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 14, 2018

_____
         CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

Presented by:


_____/s/_____
         ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2