JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| VERNON CASTLE BROWN, | ) Case No. CV 18-03907-CAS (AS) |
|           Petitioner, | ) |
| | ) **JUDGMENT** |
| | ) |
|    v. | ) |
| | ) |
| DAVID BAGUMAN, Warden, | ) |
| | ) |
|           Respondent. | ) |
| | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:   May 14, 2018

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE